| | |
|---|---|
| 1 | LINDBERGH PORTER, Bar No. 100091 |
| | RICHARD H. RAHM, Bar No. 130728 |
| 2 | ALISON S. HIGHTOWER, Bar No. 112429 |
| | LITTLER MENDELSON |
| 3 | A Professional Corporation |
| | 650 California Street, 20th Floor |
| 4 | San Francisco, CA 94108.2693 |
| | Telephone: 415.433.1940 |
| 5 | Facsimile: 415.399.8490 |
| | E-mail: lporter@littler.com |
| 6 | rrahm@littler.com |
| | ahightower@littler.com |

Attorneys for Defendant
WELLS FARGO HOME MORTGAGE,
a division of WELLS FARGO BANK,
NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PETER J. MORRISSEY, | Case No. 3:11-CV-00111 MHP |
|---|---|
| Plaintiff, | **Filed as a Tag-Along Case to MDL No. 06-1770 Assigned to the Honorable Marilyn Hall Patel** |
| V. | |
| WELLS FARGO BANK, N.A., | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Defendant. | |
| | Before The Honorable Marilyn Hall Patel |

The parties, by their undersigned counsel, stipulate as follows:

WHEREAS Judge Patel has been the assigned judge to the action filed by Peter J. Morrissey under a multi-district consolidation order in Case No. MDL 1770;

WHEREAS a Case Management Conference currently is set by the Court for April 18, 2011 in this case;

WHEREAS Plaintiff served his Complaint on February 21, 2011, with an "Acceptance of Service of Summons and Complaint" form to be signed by counsel for Defendant;

WHEREAS Defendant's deadline to accept service is April 22, 2011;

/ / /

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE    1    CASE NO. 3:11-CV-00111 MHP

WHEREAS the last day for Defendant to respond to the Complaint is May 10, 2011;

WHEREAS Defendant has yet to appear in the action and the parties thus have not been able to hold a Rule 26 conference or otherwise prepare for a Case Management Conference;

IT IS HEREBY STIPULATED that the Case Management Conference currently set for April 18, 2011, at 4:00 p.m. may be continued to a date after May 30, 2011 in Courtroom 15 and that all deadlines previously set by the January 10, 2011 Order Setting Initial Case Management Conference and ADR Deadlines are vacated and reset such that the last day will be as follows:

- July 15, 2011—(a) to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan; (b) to file ADR Certification signed by Parties and Counsel; (c) file either Stipulation to ADR Process or Notice Need for ADR Phone Conference.
- July 31, 2011—to file (a) a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and (b) a Case Management Statement per Standing Order re Contents of Joint Case Management Statement.

IT IS SO STIPULATED.

DATED: April 1, 2011                    McINERNEY & JONES

/S/Kevin J. McInerney
KEVIN J. MCINERNEY
Attorneys for Plaintiff

DATED: April 1, 2011                    LITTLER MENDELSON, P.C.

*/S/Lindbergh Porter, Jr.*
LINDBERGH PORTER, JR.
Attorneys for Defendant
WELLS FARGO BANK, N.A.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE    2    CASE NO. 3:11-CV-00111 MHP

**ORDER**

The deadlines set in the January 10, 2011 Order Setting Initial Case Management Conference and ADR Deadlines are vacated and reset as follows:

The Initial Case Management Conference is hereby continued to ~~July~~ August 8, 2011 in Ctrm 15, 18th Floor, San Francisco at ~~4:00~~ 3:00 p.m.

IT IS FURTHER ORDERED that the following deadlines shall be met:

| DATE | EVENT |
| --- | --- |
| July 15, 2011 | Last day to:<br>*meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan;<br>*file ADR Certification signed by Parties and Counsel;<br>*file either Stipulation to ADR Process or Notice Need for ADR Phone Conference |
| July 31, 2011 | Last day to file:<br>*a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and<br>*a Case Management Statement per Standing Order re Contents of Joint Case Management Statement |

DATED: 4/4, 2011

The Honorable Marilyn Hall Patel
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

Firmwide:100910505.1 051995.1020

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE    3.    CASE NO.  3:11-CV-00111 MHP