1  LINDBERGH PORTER, Bar No. 100091
   RICHARD H. RAHM, Bar No. 130728
2  ALISON S. HIGHTOWER, Bar No. 112429
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA  94108.2693
   Telephone:    415.433.1940
5
   Attorneys for Defendant
6  WELLS FARGO BANK, N.A.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  PETER J. MORRISSEY,              Case No.  CV-11-0111 EMC

12              Plaintiff,            **STIPULATION AND [PROPOSED]
                                      ORDER EXTENDING TIME TO
13         v.                         EXCHANGE INITIAL DISCLOSURES**

14  WELLS FARGO BANK, N.A.,          **[FED. R. CIV. P. 26 (A)(1)]**

15              Defendant.

16

17

18         WHEREAS Plaintiff requested that the parties exchange Rule 26 Disclosures to fill in

19  any gaps in discovery pending anticipated mediation on April 16, 2012;

20         WHEREAS this Court ordered such disclosures by March 30, 2012 in this and nine

21  other pending cases between plaintiffs represented by the same counsel and Defendant Wells Fargo

22  Bank, N.A. making similar allegations;

23         WHEREAS the exigencies of gathering information for ten cases justifies granting

24  the parties additional time in order to provide complete disclosures;

25         Plaintiff and Defendant hereby stipulate to extend the time to exchange initial

26  disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, by one week, to

27  April 6, 2012.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND ORDER RE INITIAL DISCLOSURES     1.     Case No. CV-11-0111 EMC

IT IS SO STIPULATED.

Dated: March 27, 2012

/s/ Kevin J. McInerney
Kevin J. McInerney
McINERNEY & JONES
Attorneys for Plaintiff

Dated: March 27, 2012

/s/ Lindbergh Porter, Jr.
LINDBERGH PORTER, JR.
LITTLER MENDELSON, P.C.
Attorneys for Defendant
WELLS FARGO BANK, N.A.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 30, 2012

THE HONORABLE
JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Firmwide:110036055.1 051995.1020

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER RE INITIAL DISCLOSURES    2.    Case No. CV-11-0111 EMC