```
1   Kevin J. McInerney, Esq. (46941)
    kevin@mcinerneylaw.net
2   Kelly McInerney, Esq. (200017)
    kelly@mcinerneylaw.net
3   Charles A. Jones, Esq. (224915)
    caj@mcinerneylaw.net
4   MCINERNEY & JONES
5   18124 Wedge Parkway #503
    Reno, NV 89511
6   Telephone:    (775) 849-3811
7   Facsimile:    (775) 849-3866

8   James F. Clapp, Esq. (145814)
    jclapp@sdlaw.com
9   Zachariah P. Dostart, Esq. (255071)
    zdostart@sdlaw.com
10  DOSTART CLAPP & COVENEY, LLP
    4370 La Jolla Village Drive, Suite 970
11  San Diego, CA 92122
12  Telephone:    (858) 623-4200
    Facsimile:    (858) 623-4299
13
14  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER J. MORRISSEY,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Civil Case No. 3:11-cv-0111 EMC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL** |

1                                              STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: May 23, 2012                     /s/  Kevin J. McInerney
                                        Kevin J. McInerney
                                        *Attorney for Plaintiff*

Dated: May 23, 2012                     /s/  Lindbergh Porter, Jr.
                                        Lindbergh Porter, Jr.
                                        *Attorney for Defendant*

IT IS SO ORDERED.

Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE**
*Peter J. Morrissey v. Wells Fargo Bank, N.A.*
**United States District Court, Northern District of California**
**Case No. 3:11-cv-00111 EMC**

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On May 23, 2012, I served the foregoing document(s) described as:

    STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

on all interested parties in this action addressed to the addressee as follows:

| | |
|---|---|
| Lindbergh Porter, Jr., Esq. | James F. Clapp, Esq. |
| lporter@littler.com | jclapp@sdlaw.com |
| Richard H. Rahm, Esq. | Zachariah P. Dostart, Esq. |
| rrahm@littler.com | zdostart@sdlaw.com |
| LITTLER MENDELSON, PC | DOSTART CLAPP & COVENEY, LLP |
| 650 California St., 22nd Floor | 4370 La Jolla Village Drive, Suite 970 |
| San Francisco, CA 94108 | San Diego, CA 92122 |
| Telephone:  (415) 433-1940 | Telephone:  (858) 623-4200 |
| Facsimile:  (415) 399-8490 | Facsimile:  (858) 623-4299 |

<u>XX</u>  By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on May 23, 2012 at Reno, Nevada.

                                                               Jennifer Smith